**DISMISS and Opinion Filed April 21, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00358-CV

## IN RE K&L AUTO CRUSHERS, LLC AND THOMAS GOTHARD, JR., Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07502**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

Before the Court is relators' April 20, 2022 motion to dismiss this original proceeding. In their motion, relators inform the Court that the trial court has granted the relief they seek in their petition for writ of mandamus. Accordingly, we grant relators' motion and dismiss this original proceeding. Having dismissed this original proceeding, we also deny relators' motion for temporary stay as moot.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

220358F.P05